**Amy Edwards, OSB No. 012492**
amy.edwards@stoel.com
**Crystal S. Chase, OSB No. 093104**
crystal.chase@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Attorneys for Defendants Select Portfolio Servicing, Inc., Mortgage Electronic Registration Systems, Inc. and Bank of New York Mellon, NA

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ELIZABETH SHERBOW and THEODORE SHERBOW,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>NORTHWEST TRUSTEES SERVICES, INC.; BANK OF NEW YORK MELLON, NA; MORTGAGE ELECTRONIC RECORDING SYSTEM; and SELECT PORTFOLIO SERVICING, INC.,<br><br>　　　　　　Defendant. | Case No.: 0:16-cv-00656-MO<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") hereby makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1(a):

Page 1　-　CORPORATE DISCLOSURE STATEMENT

86337284.1 0052161-03375

Mortgage Electronic Registration Systems, Inc. is a wholly owned subsidiary of MERSCORP Holdings, Inc., which is privately owned. MERSCORP Holdings, Inc. has two shareholders which are publicly traded and which own 10 percent or more of MERSCORP Holdings, Inc.—Fannie Mae and Freddie Mac.

DATED: April 18, 2016.

        STOEL RIVES LLP

        */s/ Crystal S. Chase*
        AMY EDWARDS, OSB No. 012492
        CRYSTAL S. CHASE, OSB No. 093104
        Telephone: (503) 224-3380

        Attorneys for Defendants Select Portfolio Servicing, Inc., Mortgage Electronic Registration Systems, Inc. and Bank of New York Mellon, NA

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **CORPORATE DISCLOSURE STATEMENT** on the following named person(s) on the date indicated below by

☒ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

☒ email

to said person(s) a true copy thereof, contained in a sealed envelope if by mail, addressed to said person(s) at his or her last-known address(es) indicated below.

    Theodore & Elizabeth Sherbow
    3135 Alameda Street, #2
    Medford, OR 97504
    Email: tsherbow@mail.com

DATED: April 18, 2016.

    */s/ Crystal S. Chase*
    AMY EDWARDS, OSB No. 012492
    amy.edwards@stoel.com
    CRYSTAL S. CHASE, OSB No. 093104
    crystal.chase@stoel.com

    Of Attorneys for Defendants

Page 1   -   CERTIFICATE OF SERVICE

86337284.1 0052161-03375