**Amy Edwards, OSB No. 012492**
amy.edwards@stoel.com
**Crystal S. Chase, OSB No. 093104**
crystal.chase@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

 Attorneys for Defendants Select Portfolio Servicing, Inc., Mortgage Electronic
   Registration Systems, Inc. and Bank of New York Mellon, NA

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ELIZABETH SHERBOW and THEODORE SHERBOW,<br><br>                   Plaintiffs,<br><br>      v.<br><br>NORTHWEST TRUSTEES SERVICES, INC.; BANK OF NEW YORK MELLON, NA; MORTGAGE ELECTRONIC RECORDING SYSTEM; and SELECT PORTFOLIO SERVICING, INC.,<br><br>                   Defendant. | Case No.: 0:16-cv-00656-MO<br><br>**CORPORATE DISCLOSURE STATEMENT** |

 Defendant Select Portfolio Servicing, Inc. ("SPS") hereby makes the following disclosure

pursuant to Federal Rule of Civil Procedure 7.1(a):

 Page 1   -   CORPORATE DISCLOSURE STATEMENT

1. Select Portfolio Servicing, Inc. is a corporation organized under the laws of the State of Utah. It is a wholly-owned subsidiary of SPS Holding Corp., which is organized under the laws of the State of Delaware and is not a publicly traded corporation. SPS Holding Corp. is wholly owned by Credit Suisse (USA), Inc., which is organized under the laws of the State of Delaware and is not a publicly traded corporation.

DATED: April 18, 2016.

        STOEL RIVES LLP

        */s/ Crystal S. Chase*
        AMY EDWARDS, OSB No. 012492
        CRYSTAL S. CHASE, OSB No. 093104
        Telephone: (503) 224-3380

        Attorneys for Defendants Select Portfolio Servicing, Inc., Mortgage Electronic Registration Systems, Inc. and Bank of New York Mellon, NA

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **CORPORATE DISCLOSURE STATEMENT** on the following named person(s) on the date indicated below by

☒ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

☒ email

to said person(s) a true copy thereof, contained in a sealed envelope if by mail, addressed to said person(s) at his or her last-known address(es) indicated below.

> Theodore & Elizabeth Sherbow
> 3135 Alameda Street, #2
> Medford, OR 97504
> Email: tsherbow@mail.com

DATED:  April 18, 2016.

*/s/ Crystal S. Chase*
AMY EDWARDS, OSB No. 012492
amy.edwards@stoel.com
CRYSTAL S. CHASE, OSB No. 093104
crystal.chase@stoel.com

Of Attorneys for Defendants

Page 1   -   CERTIFICATE OF SERVICE