Theodore Sherbow
Plaintiff, pro se
tsherbow@mail.com
3135 Alameda Street #2
Medford, OR 97504
Telephone: 541-973-2707
Facsimile: 541-973-2707

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ELLIZABETH SHERBOW and<br>THEODORE SHERBOW<br><br>       Plaintiffs<br>       v.<br><br>NORTHWEST TRUSTEES SERVICES, INC.;<br>BANK OF NEW YORK MELLON, NA;<br>MORTGAGE ELECTRONIC RECORDING<br>SYSTEM; AND SELECT PORTFOLIO<br>SERVICING, INC.<br><br>       Defendants | Case No. 0:16-CV-00656 MO<br><br>**ORDER FOR PRELIMINARY<br>INJUNCTION** |

THIS MATTER coming on before the Court at a hearing on April , 2016, on Plaintiffs' Motion for a Preliminary Injunction, all parties being represented, and the Court being fully advised, now, therefore:

IT IS HEREBY ORDERED AND ADJUDGED this     day of April, 2016 that: Defendants, Northwest Trustees Services, Inc., Bank of New York Mellon, Mortgage Electronics Recording System and Select Portfolio Servicing, Inc., or anyone under their

direction or control, are ordered to cancel the foreclosure scheduled by Defendant Northwest Trustees Services, Inc. on May 17, 2016 of the Plaintiffs' property known as 741 Salishan Court, Ashland, Oregon 97520.

IT IS FURTHER ORDERED that no foreclosure of the above property can be scheduled hereafter without an order from a judge of the United States District Court.

_____

Judge, United States District Court

PAGE 1 - ORDER FOR PRELIMINARY INJUNCTION

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing proposed **Order For Preliminary Injunction** on:

Amy Edwards and Crystal S. Chase

Stoel Rives LLP

900 Sw Fifth Ave., Suite 2600

Portland, OR 97204 , Attorneys for Defendants Bank of New York Mellon, NA; Select Portfolio Servicing, Inc.; and MERS by facsimile transmission on April 20, 2016 to (503) 220-2480. Confirmation of delivery was received .

and to:  John M. . Thomas

RCO Legal PC

511 SW 10th Ave.

Portland, OR 97205, Attorney for Northwest Trustees Services, Inc.

by facsimile transmission on April 20, 2016 to (503) 977-7963. Confirmation of Delivery was received.

DATED: April 20, 2016

_____

THEODORE SHERBOW, Plaintiff, pro se

Page 1  -  CERTIFICATE OF SERVICE