Theodore Sherbow
Plaintiff, pro se
3135 Alameda Street #2
Medford, OR 97504
Telephone: 541-973-2707
Facsimile: 541-973-2707

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ELLIZABETH SHERBOW and<br>THEODORE SHERBOW<br><br>        Plaintiffs<br>    v.<br><br>NORTHWEST TRUSTEES SERVICES, INC.;<br>BANK OF NEW YORK MELLON, NA;<br>MORTGAGE ELECTRONIC RECORDING<br>SYSTEM; AND SELECT PORTFOLIO<br>SERVICING, INC.<br><br>        Defendants | Case No. 0:16-CV-00656<br><br>**PLAINTIFFS' DEMAND<br>FOR JURY TRIAL** |

Plaintiffs demand a trial by jury on all issues triable by right by a jury.

Dated: April 22, 2016                                    THEODORE SHERBOW, Plaintiff, pro se

Page 1 — Demand for Jury Trial

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the above **PLAINTIFFS' DEMAND FOR JURY TRIAL** on :

Amy and Crystal S. Chase , Attorneys

By facsimile transmission on April 22, 2016 to (503)220-2480. Confirmation of delivery was received.

And to: John M. Thomas ,Attorney by facsimile transmission to (503) 977-7963. Confirmation of delivery was received.

Dated: April 22, 2016

*[signature]*

THEODORE SHERBOW, Plaintiff, pro se

Page 2—Certificate of Service