FILED

JUN 16 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELIZABETH SHERBOW and THEODORE SHERBOW,<br><br>          Plaintiffs - Appellants,<br><br>     v.<br><br>NORTHWEST TRUSTEE SERVICES, INC.; et al.,<br><br>          Defendants - Appellees. | No. 16-35462<br><br>D.C. No. 1:16-cv-00656-MO<br>District of Oregon,<br>Medford<br><br><br>ORDER |

Before: CLIFTON and WATFORD, Circuit Judges.

Appellants' emergency motion and supplemental motion for injunctive relief pending appeal (Docket Entry Nos. 4, 6) are denied. *See Winter v. Natural Resources Def. Council, Inc.,* 129 S. Ct. 365, 375-76 (2008).

The briefing schedule established previously remains in effect. The opening brief is due June 30, 2016; the answering brief is due July 28, 2016; and the optional reply brief is due within 14 days after service of the answering brief.

KML/MOATT