FILED

JUN 30 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELIZABETH SHERBOW and THEODORE SHERBOW, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> NORTHWEST TRUSTEE SERVICES, INC.; et al., <br><br> Defendants - Appellees. | No. 16-35462 <br><br> D.C. No. 1:16-cv-00656-MO <br> District of Oregon, <br> Medford <br><br> ORDER |

Before: CLIFTON and WATFORD, Circuit Judges.

Appellants' emergency motion for injunctive relief (Docket Entry No. 11) is denied. Appellants' alternate request for remand is denied.

To the extent appellants' emergency motion for injunctive relief seeks reconsideration of the court's June 16, 2016 order, the motion is denied. *See* 9th Cir. R. 27-10.

The briefing schedule established previously remains in effect. The opening brief is due June 30, 2016; the answering brief is due July 28, 2016; and the optional reply brief is due within 14 days after service of the answering brief.

CC/MOATT