IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

**ELIZABETH SHERBOW,** and
**THEODORE SHERBOW,**

      Plaintiff,　　　　　　　　　　　　　　　　　　　No. 1:16-cv-00656-MO

  v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGMENT

**NORTHWEST TRUSTEE SERVICES, INC.,
MORTGAGE ELECTRONIC RECODRING
SYSTEM, SELECT PORTFOLIO SERVICING,
INC.,** and **BANK OF NEW YORK MELLON,
NA,**

      Defendants.

**MOSMAN, J.**,

    Based on my order [55],

    IT IS ORDERED AND ADJUDGED that the above-captioned matter is DISMISSED with prejudice and without costs or fees to any party.  Pending motions, if any, are DENIED AS MOOT.

    DATED this  2nd   day of August, 2016.

                                             /s/ Michael W. Mosman
                                             MICHAEL W. MOSMAN
                                             Chief United States District Judge

1 – JUDGMENT