FILED

FEB 17 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELIZABETH SHERBOW; THEODORE SHERBOW, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> NORTHWEST TRUSTEE SERVICES, INC.; et al., <br><br> Defendants-Appellees. | No. 16-35462 <br><br> D.C. No. 1:16-cv-00656-MO District of Oregon, Medford <br><br> ORDER |

Before:   LEAVY, BERZON, and MURGUIA, Circuit Judges.

The Sherbows' petition for panel rehearing (Docket Entry No. 38) and pending motions (Docket Entry Nos. 39 and 42) are denied.

No further filings will be entertained in this closed case.